John J. Hughes, Cal. State Bar #96481
LAW OFFICE OF JOHN J. HUGHES
Number One Cathedral Hill Tower
1200 Gough Street
San Francisco, CA 94109
(415) 928-4200
(415) 928-4264 Fax
Email: sealawyer@sbcglobal.net
Attorney for Plaintiff
Samantha Wanner

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMANTHA WANNER, <br><br> Plaintiff, <br><br> - vs - <br><br> UNITED STATES OF AMERICA, and PATRIOT CONTRACT SERVICES, LLC, <br><br> Defendants. | **CASE NO.:** C 06-2165 SC <br><br> **STIPULATION EXTENDING THE TIME FOR MEDIATION AND CONTINUING FURTHER STATUS CONFERENCE; [PROPOSED] ORDER** |

WHEREAS plaintiff is a merchant seaman presently employed aboard ship and unavailable to participate in mediation,

WHEREAS the Court's order of July 25, 2006 established a deadline of December 29, 2006 by which this case was to be mediated, and

WHEREAS the Court's minute order of July 28, 2006 set this matter for further status conference on January 12, 2007 at 10:00 a.m.,

NOW THEREFORE, the parties hereto by their respective counsel agree and request the Court to order that a new deadline of February 28, 2007 be set by which this case must be mediated and that the date of January 12, 2007 for a further status conference be vacated and a new status conference be set for March 23, 2007 at 10:00 a.m.

///

///

---

| | | |
|---|---|---|
| 1 | Dated: December 21, 2006 | LAW OFFICES OF JOHN J. HUGHES |
| 2 | | |
| 3 | | By: _____ |
| 4 | | John J. Hughes<br>Attorney for Plaintiff |
| 5 | | [The filer of this document attests that concurrence in the filing of this document has been obtained from defendants' attorney below, and shall serve in lieu of their signatures.] |
| 6 | | |
| 7 | Dated: December 21, 2006 | EMARD, DANOFF, PORT & TAMULSKI, LLP |
| 8 | | |
| 9 | | By: _____/S/_____ |
| 10 | | Eric Danoff<br>Attorneys for Defendant<br>Patriot Contract Services, LLC |
| 11 | Dated: December 21, 2006 | PETER KEISLER |
| 12 | | Assistant Attorney General<br>KEVIN V. RYAN |
| 13 | | United States Attorney<br>R. Michael Underhill |
| 14 | | Attorney in Charge, West Coast Office<br>Torts Branch, Civil Division |
| 15 | | |
| 16 | | |
| 17 | | By: _____/S/_____<br>R. Scott Blaze |
| 18 | | Senior Admiralty Counsel<br>West Coast Office |
| 19 | | Torts Branch, Civil Division<br>U.S. Department of Justice |
| 20 | | Attorneys for Defendant United States of America |

**[PROPOSED] ORDER**

Pursuant to the stipulation above the deadline by which this case is to be mediated is extended to February 28, 2007. The January 12, 2007 date for further status conference is vacated. A further status conference is set for March 23, 2007, at 10:00 a.m.

IT IS SO ORDERED.

Dated: ____1/4/07_____

_____
United States District Judge

*[Signature stamp: "IT IS SO ORDERED" — Judge Samuel Conti, United States District Court, Northern District of California]*

Stipulation and Order Continuing Mediation and Status Conference
Case No.: C 06-2165 SC

2