John J. Hughes, Cal. State Bar #96481
LAW OFFICE OF JOHN J. HUGHES
Number One Cathedral Hill Tower
1200 Gough Street
San Francisco, CA  94109
(415) 928-4200
(415) 928-4264 Fax
Email: sealawyer@sbcglobal.net
Attorney for Plaintiff
Samantha Wanner

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMANTHA WANNER, | ) CASE NO.: C 06-2165 SC |
| Plaintiff, | ) STIPULATION EXTENDING THE TIME FOR MEDIATION AND CONTINUING FURTHER STATUS CONFERENCE; [PROPOSED] ORDER |
| - vs - | ) |
| UNITED STATES OF AMERICA, and PATRIOT CONTRACT SERVICES, LLC, | ) |
| Defendants. | ) |

WHEREAS plaintiff is a merchant seaman presently employed aboard ship and unavailable to participate in mediation,

WHEREAS the Court's order of January 4, 2007 established a deadline of February 28, 2007 by which this case was to be mediated, and set this matter for further status conference on March 23, 2007 at 10:00 a.m.,

NOW THEREFORE, the parties hereto by their respective counsel agree and request the Court to order that a new deadline of April 30, 2007 be set by which this case must be mediated and that the date of March 23, 2007 for a further status conference be vacated and a new status conference be set for May 11, 2007.

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| 1 | Dated: February 25, 2007 | LAW OFFICES OF JOHN J. HUGHES |

By:  /S/
John J. Hughes
Attorney for Plaintiff

[The filer of this document attests that concurrence in the filing of this document has been obtained from defendants' attorney below, and shall serve in lieu of their signatures.]

Dated: February 26, 2007        EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP

By:  /S/
Eric Danoff
Attorneys for Defendant
Patriot Contract Services, LLC

Dated: February 26, 2007        PETER KEISLER
Assistant Attorney General
KEVIN V. RYAN
United States Attorney
R. Michael Underhill
Attorney in Charge, West Coast Office
Torts Branch, Civil Division

By:  /S/
R. Scott Blaze
Senior Admiralty Counsel
West Coast Office
Torts Branch, Civil Division
U.S. Department of Justice
Attorneys for Defendant United States of America

## [~~PROPOSED~~] ORDER

Pursuant to the stipulation above the deadline by which this case is to be mediated is extended to April 30, 2007. The March 23, 2007 date for further status conference is vacated. A further status conference is set for May 11, 2007, at 10:00 a.m.

IT IS SO ORDERED.

Dated:  2/28/07

United _____ Judge
Judge Samuel Conti

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED — signature — Judge Samuel Conti]*