1  EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
   Eric Danoff (State Bar #60915)
   Katharine Essick (State Bar #219426)
2  49 Stevenson Street, Suite 400
   San Francisco, CA  94105
3  Tel. 415-227-9455; Fax 415-227-4255
   E-Mail: edanoff@edptlaw.com; kessick@edptlaw.com
4  Attorneys for Defendant
   PATRIOT CONTRACT SERVICES, LLC
5
   UNITED STATES DEPARTMENT OF JUSTICE
6  Peter D. Keisler, Acting Attorney General
   Scott N. Schools, United States Attorney
7  R. Michael Underhill (State Bar #104986)
      Attorney in Charge, West Coast Office
8      Torts Branch, Civil Division
   R. Scott Blaze, Senior Admiralty Counsel
9      Torts Branch, Civil Division
   450 Golden Gate Avenue
10 P.O. Box 36028
   450 Golden Gate Avenue
11 San Francisco, CA 94102-3463
   Tel. 415-436-6648; Fax 415-436-6632
12 E-Mail:  mike.underhill@usdoj.gov
   Attorneys for Defendant
13 UNITED STATES OF AMERICA

14 LAW OFFICE OF JOHN J. HUGHES
   John J. Hughes (State Bar #96481)
15 Number One Cathedral Hill Tower
   1200 Gough Street
16 San Francisco, CA  94109
   Tel. 415-928-4200; Fax 415-928-4264
17 Email: sealawyer@sbcglobal.net
   Attorneys for Plaintiff
18 SAMANTHA WANNER

19              UNITED STATES DISTRICT COURT

20            NORTHERN DISTRICT OF CALIFORNIA

21                 SAN FRANCISCO DIVISION

22
   SAMANTHA WANNER,                    Case No.:  C 06-2165 SC
23
         Plaintiff,                    STIPULATION AND [PROPOSED]
24                                     ORDER FOR DISMISSAL OF ACTION
         vs.                           WITH PREJUDICE
25
   UNITED STATES OF AMERICA, and
26 PATRIOT CONTRACT SERVICES, LLC,

27       Defendants.

28
                                       - 1 -

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE
Case No C 06-2165 SC
G \21300 051\Pleadings\Stip and Order to Dismiss doc

This case having been fully compromised and settled, plaintiff Samantha Wanner, defendant United States of America, and defendant Patriot Contract Services, LLC hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a) and request the Court to order that this action be fully dismissed with prejudice, each party to bear its own costs.

DATED: May 1, 2007        EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
                          Eric Danoff
                          Katharine Essick


By_____/s/_____
         Katharine Essick
Attorneys for Defendant
PATRIOT CONTRACT SERVICES, LLC


DATED: April 30, 2007     LAW OFFICES OF JOHN J. HUGHES


By_____/s/_____
         John Hughes
Attorneys for Plaintiff
SAMANTHA WANNER


DATED: April 27, 2007     U.S. DEPARTMENT OF JUSTICE
                          TORT BRANCH, CIVIL DIVISION


By_____/s/_____
         R. Scott Blaze
Attorneys for Defendant
UNITED STATES OF AMERICA

**Certification of Signatures:**

I attest that the content of this document is acceptable to all persons above who were required to sign it.

_____/s/_____
         Katharine Essick

IT IS SO ORDERED.

DATED:   5/3/07

Hon_____
Judge,

*IT IS SO ORDERED*
*Judge Samuel Conti*

- 2 -

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE
Case No C 06-2165 SC
G \21300 051\Pleadings\Stip and Order to Dismiss doc

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105